IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMARA BLANCHETTE, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ELISABETH DEVOS, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-1775 (RC) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff respectfully requests leave to file the attached surreply in opposition to Defendants' motion to dismiss. To obtain leave, "the moving party must show that the reply filed by the moving party raised new arguments that were not included in the original motion." *Stanford v. Potomac Elec. Power Co.*, 394 F. Supp. 2d 81, 86 (D.D.C. 2005) (quoting *Longwood Vill. Rest., Ltd. v. Ashcroft*, 157 F. Supp. 2d 61, 68 n.3 (D.D.C. 2001)). Defendants' reply raises two new issues. First, in response to Plaintiff's opposition brief and request for judicial notice of a pending group borrower defense claim on behalf of Minnesota School of Business and Globe University students, Defendants argue that there is no such claim and that, even if one existed, the Department would be under no obligation to consider it prior to seizing a borrower's tax refunds. *See* Defs.' Reply at 2–4. Second, Defendants introduce three new cases regarding the constitutional sufficiency of the notice at issue here. *See id.* at 15–17. Thus, unless leave is granted, Plaintiff "would be unable to contest matters 'presented to the court for the first time.'"

*Stanford*, 394 F. Supp. 2d at 86 (quoting *Alexander v. F.B.I.*, 186 F.R.D. 71, 74 (D.D.C. 1998)). Plaintiff's proposed surreply focuses solely on these two issues and will not otherwise result in harm or delay, given that it is being filed a week after the reply.

## CONCLUSION

The Court should grant Plaintiff's motion for leave to file a surreply and order the Clerk to file the proposed surreply on the docket.

Respectfully Submitted,

/s/ *Robyn K. Bitner*

ROBYN K. BITNER
D.C. Bar No. 1617036

ALEXANDER S. ELSON
D.C. Bar No. 1602459

ERIC ROTHSCHILD
D.C. Bar No. 1048877

National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
robyn@defendstudents.org
alex@defendstudents.org
eric@defendstudents.org
(202) 734-7495

Dated: November 21, 2019    *Counsel for Plaintiff Tamara Blanchette*

## RULE 7(m) STATEMENT

Pursuant to Local Rule 7(m), counsel for Plaintiff conferred with counsel for Defendants by email on November 20, 2019. Defendants' position is as follows: "Defendants oppose the motion on the grounds that surreplies are generally disfavored and, because Defendants' reply brief did not expand the scope of the issues presented, Plaintiff has not justified the need to file one here."