# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAMARA BLANCHETTE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   19-1775 (RC) |
| | : | |
| v. | : | Re Document Nos.:   10, 12, 15 |
| | : | |
| ELISABETH DEVOS, in her official capacity as U.S. Secretary of Education, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**, Plaintiff's Motion to Take Judicial Notice (ECF No. 12) is **DENIED AS MOOT**, and Plaintiff's Motion for Leave to File Surreply (ECF No. 15) is **GRANTED**.  It is hereby:

**ORDERED** that Plaintiff shall have thirty days to file an amended complaint.

**SO ORDERED**.

Dated:  September 22, 2020                                           RUDOLPH CONTRERAS
                                                                                              United States District Judge