**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAMARA BLANCHETTE,         )<br>                            )<br>   *Plaintiff*,              )<br>                            )<br>   v.                       )<br>                            )<br>MIGUEL CARDONA, in his official )<br>capacity as U.S. Secretary of   )<br>Education, *et al.*             )<br>                            )<br>   *Defendants*.            )<br>                            ) | Case No. 1:19-cv-1775 (RC) |

**JOINT STATUS REPORT REQUESTING THAT ALL DEADLINES**
**BE HELD IN ABEYANCE FOR AN ADDITIONAL 60 DAYS**

On July 2, 2021, the Court entered a minute order stating that "all deadlines in this case . . . shall be held in abeyance until August 30, 2021," by which date the parties shall "file a joint status report informing the Court on the status of the proceedings and negotiations and the parties' views on whether the abeyance should continue." In response, the parties hereby submit the following status report.

The parties respectfully request that the abeyance of all deadlines in this case continue until October 29, 2021, 60 days from the date of this filing. There is good cause for the requested continued abeyance because ongoing federal bankruptcy proceedings in Minnesota are likely to resolve this case without the need for further litigation. *See, e.g.*, ECF No. 25. On July 16, 2021, the U.S. Bankruptcy Court for the District of Minnesota entered an order confirming the bankruptcy trustee's Second Modified Joint Plan of Reorganization. *See In re Minnesota Sch. of Bus., Inc., et al.*, No. 19-33629 (WJF) (D. Minn. Bankr.), ECF No. 568. The plan includes a settlement agreement that has now been approved by all parties. As the parties have previously reported, the settlement agreement provides for qualifying Minnesota School of Business ("MSB") and Globe

University criminal justice students, including Ms. Blanchette, to receive relief regarding their federal student loan obligations and for the parties to dismiss this case within 10 days of Ms. Blanchette receiving such relief.  *See In re Minnesota Sch. of Bus., Inc.*, ECF No. 566.  The relevant parties are now in the process of effectuating the specified relief for qualifying MSB and Globe students, including Ms. Blanchette.

In addition, as previously reported, the Department has placed the relevant loans of each borrower who attended MSB's and Globe University's criminal justice programs from 2009 to 2014, including Ms. Blanchette, into a loan repayment status that provides forbearance and halts any further involuntary collection efforts while each individual's borrower defense claim is pending.  *See* ECF No. 24.  This is in addition to the protections provided by the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. 116-136, and a Presidential Memorandum, pursuant to which all borrowers of federal Department-held loans are not currently required to make payments on their federal loans through January 31, 2022.[1]

Given these developments, the parties respectfully request that the Court extend the current abeyance of all pending litigation deadlines by an additional 60 days from the date of this filing.  This extended abeyance would allow the parties to continue to monitor the ongoing bankruptcy proceedings, which are likely to eliminate the need for further litigation.  *See, e.g.*, *Khadr v. Bush*, 587 F. Supp. 2d 225, 229 (D.D.C. 2008) (explaining that whether "to hold a matter in abeyance pending the outcome of a related or parallel proceeding" is "largely a matter of discretion for the court" and may be granted "[i]n the interest of judicial economy and avoiding unnecessary litigation" (citation omitted)).

---

[1] https://studentaid.gov/announcements-events/coronavirus.

If the requested 60-day abeyance is granted, the parties would file a joint status report by Friday, October 29, 2021, informing the Court of the status of the proceedings and negotiations described above and their views on whether the abeyance should continue.

Dated:  August 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 84900)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Counsel for Defendants*

*/s/ Robyn K. Bitner*
ROBYN K. BITNER, Senior Counsel
D.C. Bar No. 1617036

ERIC ROTHSCHILD, Senior Counsel
D.C. Bar No. 1048877

National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
robyn@defendstudents.org
eric@defendstudents.org
(202) 734–7495

*Counsel for Named Plaintiff Tamara Blanchette*